Merchants Mutual Insurance Company.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ SHAMROCK GAS & OIL, INC., Respondent, v. STERLING STATIONS, INC., Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of LOUIS J. CUZZIVOGLIO, Appellant, v. J. CARROLL HAMLIN, as Commissioner of Public Safety of the City of Utica, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ GERTRUDE CHEW, as Administratrix of the Estate of MEARL CHEW, Deceased, Respondent, v. DELORES H. DUFFY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH HOWARD BORRERO, Petitioner, v. GERALD HOWARD, Respondent.— Motion granted to prosecute appeal on typewritten briefs, and on a typewritten record and an original transcript of all testimony that will properly be before this court on appeal, on condition that appellant's attorney furnish the attorney for the respondent a copy of everything that is to be submitted.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD DADE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT BROWN. (C) JOHN D'ANGELO, Plaintiff, v. ERIE RAIL ROAD Co. et al., Defendants.— [In each action] Order of substitution of attorneys entered.

15 (A) In the Matter of DOROTHY S. CLARK et al., v. TIMOTHY D. CLARK et al., as Trustees under the Will of MELVILLE CLARK, Deceased. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES HUMBERT.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) ROCHESTER HAPPY HOUSE, INC., et al., Appellants, v. HAPPY HOUSE SHOPS, INC., Respondent. (B) In the Matter of WILLIAM E. VICKERY, Petitioner, v. THOMAS E. ROHAN et al., Constituting the STATE LIQUOR AUTHORITY, Respondent.— [In each action] Motion granted and case added to May Calendar.

■ FREDERICK HERRMANN, Respondent, v. LOBLAW, INC., Appellant, and EMGOL, INC., Respondent.— Motion to add to May Calendar denied.

■ VIRGINIA HAYNOS, as Administratrix of the Estate of STELLA PARWULSKI, Deceased, Respondent, v. CLARA KRUPCZYK, Appellant.— Motion to strike from May Calendar and to stay argument of appeal denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO CERZA v. ROBERT E. MURPHY, as Warden of Auburn Prison. (B) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD EUGENE KINCAID. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMIE HAROLD JOHNSON v. WALTER H. WILKINS, as Warden of Attica Prison.— [In each action] Motion granted to prosecute appeal on original record and typewritten briefs.

■ (A) In the Matter of MARTIN SOSTRE v. WALTER H. WILKINS, as Warden of Attica Prison, et al. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE ALBANESE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORMAN CHURCH, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH DARLING, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (Motion for reargument denied.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FOSTER DASH, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHINES KENNEDY, Appellant,

v. WALTER H. WILKINS, as Warden of. Attica Prison, Respondent. (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW J. LAMBERT, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (Motion for reargument denied.) (H) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREEMAN N. PRITCHARD, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (I) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNIE REED, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (J) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT SILEO, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (K) THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMAN VANN, JR., Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— [In each action] Motion to prosecute appeal as poor person, and for other relief, denied.

■　(A) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD BARNES (Daniel J. Lynch, Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK v. GORDON C. GRAVES (Morrell R. Southwick, Esq.). (C) THE PEOPLE OF THE STATE OF NEW YORK v. MOSES I. HOWIE (Philip H. Erickson, Esq.). (D) THE PEOPLE OF THE STATE OF NEW YORK v. BRADLEY HUGHES (John B. Finck, Esq.). (E) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES E. KNISELEY (Thomas Longeretta, Esq.). (F) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT JOHN KOUSCH, JR. (Donald M. Palmer, Esq.). (G) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES McCANTS (Thomas J. Murphy, Esq.). (H) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM LEE PURDUE (Joseph F. Crangle, Esq.). (I) THE PEOPLE OF THE STATE OF NEW YORK v. FRED SMITH, JR. (Salvatore Giallombardo, Esq.). (J) THE PEOPLE OF THE STATE OF NEW YORK v. MARY LEE TOWNSEL .(Sigmund Schwartz, Esq.). (K) In the Matter of EARL L. JORDAN (Francis R. Moran, Esq.).— [In each action] Motion granted to prosecute appeal on original record, typed briefs, and counsel assigned.

■　ROBERT A. DIMINO, Doing Business as R. A. DIMINO Co., Appellant, v. CHARLES L. ISAAC, Respondent.— Appeal dismissed, without costs, upon stipulation.

■　In the Matter of the Construction of the Will of FRANK SPATTO, Deceased.— Motion granted and appeal dismissed.

■　ROBERT D. HENRY, Appellant, v. JOHN DEERE CO. OF SYRACUSE, INC., Respondent.— Motion granted and appeal dismissed.

■　(A) GEORGE MICHAELS, Appellant, v. HAROLD MARTIN, Respondent. (B) GEORGE E. BUTTS, Appellant, v. GREYHOUND CORP. et al., Respondents. (C) SYLVIA LIPSITZ, Respondent, v. SIMON LIPSITZ, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AL OIL COMPANY, Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before August 1, 1961.

■　VIOLET R. MEIL, Appellant, v. SYRACUSE CONSTRUCTORS INC. et al., Respondents.— Motion granted to allow plaintiffs to appeal on an original record, complying with rule **V-a of the Rules of the Appellate Division, Fourth Department**, and on printed briefs, but with the requirement of rule V-a that an appendix containing relevant portions of the record be dispensed with. The record will be available to the special use of any party in accordance with the terms of rule V-a.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BURTS, Appellant.— Motion granted and time for argument of appeal enlarged to include term commencing September 13, 1961 on condition that appellant's brief is filed and served on or before August 1, 1961.